**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dean L. Lockard                                                        CHAPTER 13
        Lisa A. Lockard
                         Debtor(s)                           BKY. NO. 23-70031

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ **Brian C. Nicholas**
                                            Brian Nicholas
                                            01 Feb 2023, 07:07:00, EST

                                            Brian C. Nicholas, Esq. (317240) ☑
                                            Denise Carlon, Esq. (317226) ☐
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            bkgroup@kmllawgroup.com