# United States Bankruptcy Court
## Western District of Pennsylvania

In re: Dean A Lockard, Lisa A Lockard, Debtor(s)

Case No. 23-70031-JAD
Chapter 13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Dean A Lockard**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Lisa A Lockard**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [x] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: March 1, 2023    Signature: /s/ Dean A Lockard
Dean A Lockard
Debtor

Date: March 1, 2023    Signature: /s/ Lisa A Lockard
Lisa A Lockard
Joint Debtor

## Statement of Earnings – Lisa Lockard

| Employee #: | 201207 | Department: | 200000 | Period Begin: | 1/7/2023 | Check Date: | 1/27/2023 | 935 Philadelphia Street |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Clock Number: |  | Federal Filing: | Married Filing | Period End: | 1/20/2023 | Pay Type: | Hourly | Indiana, PA 15701 |
| Company Id: | INDBANK | State Filing: |  | Exemptions: |  | Additional Tax: | $40.00 |  |
|  |  |  |  | Exemptions: |  | Additional Tax: |  |  |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
| --- | --- | --- | --- | --- |
| V6276779 | $0.00 | $1,230.22 | $866.20 |  |

### EARNINGS   *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
| --- | --- | --- | --- | --- | --- |
| Regular | 15.5000 | 54.37 | 842.74 | 114.05 | 1,767.78 |
| PTO | 15.5000 | 8.00 | 124.00 | 8.00 | 124.00 |
| Holiday | 15.5000 | 8.00 | 124.00 | 24.00 | 372.00 |
| *401k Match |  |  | 73.81 | 0.00 | 148.31 |
| Group Term Life |  |  | 2.98 | 0.00 | 5.96 |
| Saturday | 17.5000 | 7.97 | 139.48 | 11.89 | 208.08 |
| *ER HSA Cont2 |  |  | 0.00 | 0.00 | 337.50 |
| **Total:** |  | 78.34 | 1,233.20 | 157.94 | 2,477.82 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| SOC SEC EE | 73.76 | 148.22 |
| MED EE | 17.24 | 34.66 |
| FEDERAL WH | 101.51 | 204.31 |
| PA WH | 36.43 | 73.21 |
| WHITE TWP | 14.83 | 29.81 |
| PA SUI EE | 0.86 | 1.73 |
| WHITE TWP LST | 2.00 | 4.00 |
| **Total:** | 246.63 | 495.94 |

### DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| 401K | 73.81 | 148.31 |
| Health Savings | 40.00 | 80.00 |
| Vision Pre-tax | 3.58 | 7.16 |
| **Total:** | 117.39 | 235.47 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
| --- | --- | --- | --- |
| PTO | 0.0000 | 8.00 | 116.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
| --- | --- | --- |
| Checking | ####8630 | 866.20 |

---

InFirst Bank
935 Philadelphia Street
Indiana, PA 15701

201207 200000
**Lisa Lockard**
95 Dixon road
Clymer, PA 15728

| CHECK DATE | VOUCHER ID |
| --- | --- |
| 1/27/2023 | V6276779 |

| TOTAL NET PAY |
| --- |
| ********$866.20 |

**NOT NEGOTIABLE**

# Employee Pay Details
## InFirst Bank

**Lisa Lockard**

For Pay Period: 1/7/2023 - 1/20/2023
Pay Date: 1/27/2023

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | 15.5000 | 54.37 | 842.74 | Townfair Branch |
| PTO | 15.5000 | 8.00 | 124.00 | Townfair Branch |
| Holiday | 15.5000 | 8.00 | 124.00 | Townfair Branch |
| Saturday | 17.5000 | 7.97 | 139.48 | Townfair Branch |
|  |  | 78.34 | 1,230.22 |  |

### Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Group Term Life |  |  | 2.98 | Townfair Branch |
|  |  |  | 2.98 |  |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| 401k Match |  |  | 73.81 | Townfair Branch |
|  |  |  | 73.81 |  |

## Statement of Earnings

| Employee #: | 201207 | Department: | 200000 | Period Begin: | 12/31/2022 | Check Date: | 1/13/2023 | 935 Philadelphia Street |
| Clock Number: | | | | Period End: | 1/6/2023 | Pay Type: | Hourly | Indiana, PA 15701 |
| Company Id: | INDBANK | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | $40.00 | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V6232538 | $0.00 | $1,241.64 | $874.25 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 15.5000 | 59.68 | 925.04 | 59.68 | 925.04 |
| Holiday | 15.5000 | 16.00 | 248.00 | 16.00 | 248.00 |
| *401k Match | | | 74.50 | 0.00 | 74.50 |
| Group Term Life | | | 2.98 | 0.00 | 2.98 |
| Saturday | 17.5000 | 3.92 | 68.60 | 3.92 | 68.60 |
| *ER HSA Cont2 | | | 337.50 | 0.00 | 337.50 |
| **Total:** | | **79.60** | **1,244.62** | **79.60** | **1,244.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 74.46 | 74.46 |
| MED EE | 17.42 | 17.42 |
| FEDERAL WH | 102.80 | 102.80 |
| PA WH | 36.78 | 36.78 |
| WHITE TWP | 14.98 | 14.98 |
| PA SUI EE | 0.87 | 0.87 |
| WHITE TWP LST | 2.00 | 2.00 |
| **Total:** | **249.31** | **249.31** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 74.50 | 74.50 |
| Health Savings | 40.00 | 40.00 |
| Vision Pre-tax | 3.58 | 3.58 |
| **Total:** | **118.08** | **118.08** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 120.0000 | 0.00 | 124.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####8630 | 874.25 |

---

InFirst Bank
935 Philadelphia Street
Indiana, PA 15701

201207 200000
**Lisa Lockard**
95 Dixon road
Clymer, PA 15728

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/13/2023 | V6232538 |

| TOTAL NET PAY |
|---|
| ********$874.25 |

**NOT NEGOTIABLE**

# Employee Pay Details
## InFirst Bank

**Lisa Lockard**

For Pay Period: 12/24/2022 - 1/6/2023
Pay Date: 1/13/2023

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | 15.5000 | 59.68 | 925.04 | Townfair Branch |
| Holiday | 15.5000 | 16.00 | 248.00 | Townfair Branch |
| Saturday | 17.5000 | 3.92 | 68.60 | Townfair Branch |
| | | 79.60 | 1,241.64 | |

### Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Group Term Life | | | 2.98 | Townfair Branch |
| | | | 2.98 | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| 401k Match | | | 74.50 | Townfair Branch |
| ER HSA Cont2 | | | 337.50 | Townfair Branch |
| | | | 412.00 | |

## Statement of Earnings – Lisa Lockard

| Employee #: | 201207 | Department | 200000 | Period Begin: | 12/10/2022 | Check Date: | 12/30/2022 | 935 Philadelphia Street |
| Clock Number: | | | | Period End: | 12/23/2022 | Pay Type: | Hourly | Indiana, PA 15701 |
| Company Id: | INDBANK | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V6191485 | $0.00 | $1,220.89 | $949.62 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description (TAXES) | Current | YTD | Description (DEDUCTIONS) | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 15.5000 | 67.87 | 1,051.99 | 288.24 | 4,467.73 | SOC SEC EE | 72.99 | 322.69 | 401K | 73.25 | 233.76 |
| *401k Match | | | 73.25 | 0.00 | 233.76 | MED EE | 17.07 | 75.47 | Health Savings | 40.00 | 160.00 |
| Saturday | 17.5000 | 7.88 | 137.90 | 7.88 | 137.90 | FEDERAL WH | 10.79 | 41.99 | Vision Pre-tax | 3.58 | 17.90 |
| Work Delay | 15.5000 | 2.00 | 31.00 | 2.00 | 31.00 | PA WH | 36.14 | 159.78 | | | |
| PTO | | | 0.00 | 16.00 | 248.00 | WHITE TWP | 14.72 | 65.08 | | | |
| Bonus | | | 0.00 | 0.00 | 250.00 | PA SUI EE | 0.73 | 3.23 | | | |
| Holiday | | | 0.00 | 16.00 | 248.00 | WHITE TWP LST | 2.00 | 10.00 | | | |
| *ER HSA Cont2 | | | 0.00 | 0.00 | 112.50 | | | | | | |
| **Total:** | | 77.75 | 1,220.89 | 330.12 | 5,382.63 | **Total:** | 154.44 | 678.24 | **Total:** | 116.83 | 411.66 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 4.00 | Checking | | Account: ####8630 | Deposit Amount: | 949.62 |

InFirst Bank
935 Philadelphia Street
Indiana, PA 15701

201207 200000
**Lisa Lockard**
95 Dixon road
Clymer, PA 15728

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/30/2022 | V6191485 |

| TOTAL NET PAY |
|---|
| ********$949.62 |

**NOT NEGOTIABLE**

# Employee Pay Details
## InFirst Bank

**Lisa Lockard**

For Pay Period: 12/10/2022 - 12/23/2022
Pay Date: 12/30/2022

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | 15.5000 | 67.87 | 1,051.99 | Townfair Branch |
| Saturday | 17.5000 | 7.88 | 137.90 | Townfair Branch |
| Work Delay | 15.5000 | 2.00 | 31.00 | Townfair Branch |
| | | 77.75 | 1,220.89 | |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| 401k Match | | | 73.25 | Townfair Branch |
| | | | 73.25 | |

## Statement of Earnings - Lisa Lockard

| Employee #: | 201207 | Department: | 200000 | Period Begin: | 11/26/2022 | Check Date: | 12/16/2022 | 935 Philadelphia Street |
| Clock Number: | | | | Period End: | 12/9/2022 | Pay Type: | Hourly | Indiana, PA 15701 |
| Company Id: | INDBANK | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V6144357 | $0.00 | $1,212.41 | $943.46 | |

### EARNINGS
*Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 15.5000 | 70.22 | 1,088.41 | 220.37 | 3,415.74 |
| PTO | 15.5000 | 8.00 | 124.00 | 16.00 | 248.00 |
| *401k Match | | | 72.74 | 0.00 | 160.51 |
| Bonus | | | 0.00 | 0.00 | 250.00 |
| Holiday | | | 0.00 | 16.00 | 248.00 |
| *ER HSA Cont2 | | | 0.00 | 0.00 | 112.50 |
| **Total:** | | **78.22** | **1,212.41** | **252.37** | **4,161.74** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 72.47 | 249.70 |
| MED EE | 16.95 | 58.40 |
| FEDERAL WH | 9.99 | 31.20 |
| PA WH | 35.88 | 123.64 |
| WHITE TWP | 14.61 | 50.36 |
| PA SUI EE | 0.73 | 2.50 |
| WHITE TWP LST | 2.00 | 8.00 |
| **Total:** | **152.63** | **523.80** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 72.74 | 160.51 |
| Health Savings | 40.00 | 120.00 |
| Vision Pre-tax | 3.58 | 14.32 |
| **Total:** | **116.32** | **294.83** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 0.0000 | 8.00 | 4.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####8630 | 943.46 |

---

InFirst Bank
935 Philadelphia Street
Indiana, PA 15701

201207 200000
**Lisa Lockard**
95 Dixon road
Clymer, PA 15728

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/16/2022 | V6144357 |

| TOTAL NET PAY |
|---|
| ********$943.46 |

**NOT NEGOTIABLE**

# Employee Pay Details
## InFirst Bank

**Lisa Lockard**

For Pay Period: 11/26/2022 - 12/9/2022
Pay Date: 12/16/2022

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | 15.5000 | 70.22 | 1,088.41 | Townfair Branch |
| PTO | 15.5000 | 8.00 | 124.00 | Townfair Branch |
| | | **78.22** | **1,212.41** | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| 401k Match | | | 72.74 | Townfair Branch |
| | | | **72.74** | |

## Direct Deposit Earnings Statement

Hoss's Indiana #11
1198 Wayne Avenue
11,250
Indiana, PA 15701
72434957500000

DD0000000000000486250

| Pay Date | Start Period | End Period |
|---|---|---|
| 1/25/2023 | 1/2/2023 | 1/15/2023 |

### EARNINGS

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Server Regular Hours | $2.8300 | 21.52 | $60.91 | $93.23 |
| Reported Tips | $165.0000 | 1.00 | $165.00 | |
| Reported Tips | $206.7400 | 1.00 | $206.74 | $528.71 |
| Total: | | 23.52 | $60.91 | $250.20 |

### Payroll Deductions / Taxes

| Description | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| 401K Percent Deduction | $12.98 | $14.87 | FED | $0.00 | $0.00 |
| | | | SS | $26.83 | $38.56 |
| | | | MED | $6.27 | $9.02 |
| | | | PA | $13.28 | $19.09 |
| | | | 6039 | $0.30 | $0.41 |
| | | | 9011 | $0.49 | $2.49 |
| | | | PCPESMA | $0.76 | $3.13 |
| Total: | $12.98 | $14.87 | Total: | $47.93 | $72.70 |

### Payroll Benefits / Net Wage Amounts

| Description | Amount | Year To Date | | | |
|---|---|---|---|---|---|
| 401K Percent Deduction | $1.30 | $1.49 | Net wages/period | | $0.00 |
| | | | Net wages YTD | | $5.66 |
| Total: | $1.30 | $1.49 | | | |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | Total: | $0.00 |

### Miscellaneous

| | |
|---|---|
| Vacation | 0.00 |
| Anniversary Date | 2/9/2022 |
| Fed. Filing Status | MAR |
| Fed. Exemptions | 0 |
| Fed. Add Withholding | $0.00 |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728

**Hoss's Indiana #11**
1198 Wayne Avenue
11,250
Indiana, PA 15701
72434957500000

**Direct Deposit Earnings Statement**
DD0000000000000484949

| Pay Date | Start Period | End Period |
|---|---|---|
| 1/11/2023 | 12/19/2022 | 1/1/2023 |

### EARNINGS

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Server Regular Hours | $2.8300 | 11.42 | $32.32 | $32.32 |
| Reported Tips | $25.0600 | 1.00 | $25.06 | |
| Reported Tips | $131.9100 | 1.00 | $131.91 | $156.97 |
| **Total:** | | **13.42** | **$189.29** | **$189.29** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 401K Percent Deduction | $1.89 | $1.89 |
| **Total:** | **$1.89** | **$1.89** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $0.00 | $0.00 |
| SS | $11.73 | $11.73 |
| MED | $2.75 | $2.75 |
| PA | $5.81 | $5.81 |
| 6039 | $0.11 | $0.11 |
| 9011 | $2.00 | $2.00 |
| PCPESMA | $2.37 | $2.37 |
| **Total:** | **$24.77** | **$24.77** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| 401K Percent Deduction | $0.19 | $0.19 |
| **Total:** | **$0.19** | **$0.19** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $5.66 |
| Net wages YTD | $5.66 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| XXXXX6826 | XXXXX05899 | $5.66 |
| | **Total:** | **$5.66** |

### Miscellaneous

| | |
|---|---|
| Vacation | 0.00 |
| Anniversary Date | 2/9/2022 |
| Fed. Filing Status | MAR |
| Fed. Exemptions | 0 |
| Fed. Add Withholding | $0.00 |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728